JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709
TROY K. FLAKE
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Troy.Flake@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ABC Recycling Industries, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>United States of America, Does I through X, Inclusive,<br><br>    Defendant. | Case No. 2:22-cv-01278-ART-BNW<br><br>**Stipulation to Extend United States' Deadline to Answer**<br>**(First Request)** |

Pursuant to Local Rule IA 6-1, the parties stipulate and request that Defendant United States of America shall have a 30-day extension of time to file an answer or otherwise respond to Plaintiff's Complaint. (ECF No. 1). Based on the date of service of the summons and complaint on the United States, the answer or other response is due by October 21, 2022. With the extension, the new deadline to answer or otherwise respond would be November 21, 2022[1]. This is the United States' first request for extension.

The United States is working diligently with the affected agencies to ascertain facts necessary to respond to this complaint. The parties agree that a 30-day extension is

---

[1] The United States' 30-day extension would fall on November 20, 2022, which is a Sunday. Under Rule 6(a)(1) of the Federal Rules of Civil Procedure, the deadline runs until the next judicial day, which is November 21, 2022.

appropriate under the circumstances. This stipulation is filed in good faith and not for the purpose of delay.

WHEREFORE, the parties respectfully requests that this stipulation be granted and that the deadline to respond to the complaint be extended from October 21, 2022 through and including **November 21, 2022**.

Respectfully submitted this 20th day of October, 2022.

          JASON M. FRIERSON
          United States Attorney

          */s/ Troy K. Flake*
          TROY K. FLAKE
          Assistant United States Attorney

          *Attorneys for the United States*

          */s/ Karen L. Hanks*
          KAREN L. HANKS, ESQ.

          *Attorney for Plaintiff ABC Recycling*

### ORDER
**IT IS SO ORDERED**

**DATED:** 2:49 pm, October 21, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**