JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709
TROY K. FLAKE
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Troy.Flake@usdoj.gov

*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ABC Recycling Industries, LLC,<br><br>                    Plaintiff,<br><br>          v.<br><br>United States of America, Does I through X, Inclusive,<br><br>                    Defendant. | Case No. 2:22-cv-01278-ART-BNW<br><br>**Stipulation to Extend United States' Deadline to Answer (Second Request**) |

Pursuant to Local Rule IA 6-1, the parties stipulate and request that Defendant United States of America shall have a an additional 30-day extension of time to file an answer or otherwise respond to Plaintiff's Complaint. (ECF No. 1). This is the parties' second request. The current deadline to answer or otherwise respond is November 21, 2022. The parties request that the new deadline be December 21, 2022.

The Parties are working diligently to determine whether this matter can be resolved or deferred through alternative forms of resolution with the relevant government agencies. The parties agree that a 30-day extension is appropriate under the circumstances. This stipulation is filed in good faith and not for the purpose of delay.

**WHEREFORE,** the parties respectfully requests that this stipulation be granted and that the deadline to respond to the complaint be extended from November 21, 2022 through and including **December 21, 2022**.

Respectfully submitted this 17th day of November, 2022.

JASON M. FRIERSON
United States Attorney

*/s/ Troy K. Flake*
TROY K. FLAKE
Assistant United States Attorney

*Attorneys for the United States*

/s/ Karen L. Hanks
KAREN L. HANKS, ESQ.

*Attorney for Plaintiff ABC Recycling*

**IT IS SO ORDERED:**

**UNITED STATES MAGISTRATE JUDGE**

**DATED:** November 18, 2022

2